THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:24-CV-94

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>LEGACY BIOGAS, LLC and ENVIRONMENTAL HYDROGEOLOGICAL CONSULTANTS, INC.,<br>      Defendant. | **ENTRY OF DEFAULT** |

WHEREAS, it has been made to appear to the undersigned Clerk, upon examination of the Court's file that Defendant Legacy Biogas, LLC has failed to plead or otherwise appear and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

NOW THEREFORE, default is hereby entered against Defendant Legacy Biogas, LLC in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the _18_ day of July, 2024.

_____
CLERK OF COURT